```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2

 3  BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division
 4

 5  NATALIE K. WIGHT (ORSBN 35576)
    Special Assistant United States Attorney
 6
         450 Golden Gate Avenue, 11th Floor
 7       San Francisco, CA 94102
         Telephone: 415.436.6937
 8       Facsimile: 415.436.7234
         Email: natalie.wight@usdoj.gov
 9
    Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | No. 09-CV-0658-WDB |
| ) v. ) | |
| ) TWO ALL TERRAIN VEHICLES: 2008 ) YAMAHA RHINO (VIN Number ) 5Y4AM16Y28A009727) AND 2006 ) YAMAHA GRIZZLY (VIN Number ) JY4AM03YX6C091648), ) Defendants. ) _____ ) | JOINT STATUS CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER |

The parties hereby submit this joint statement to advise the Court that the parties have reached an agreement in principle resolving the matter. In order to finalize the agreement, the parties need to complete the necessary paperwork and obtain the signatures of all parties. To that end, we ask the Court to put this matter over until June 18, 2009. The parties are hopeful that the matter will be resolved and the settlement agreement and proposed order for dismissal will be submitted to the Court for approval by June 18, 2009. Accordingly, the parties request that the case management conference currently scheduled for Thursday, May 28, 2009, be vacated, and the matter be continued until June 18, 2009, or soon thereafter.

1  IT IS SO STIPULATED.

2

3  Dated: May 20, 2009                              /s/
                                                    NATALIE K. WIGHT
                                                    Special Assistant United States Attorney
4

5  Dated: May 20, 2009                              /s/
                                                    DAVID M. MICHAEL
6                                                   Attorney for Claimant Isaiah O'Donnell

7

8
                             [PROPOSED] ORDER
9
        Upon stipulation of counsel, and for good cause shown, the case management conference
10
   scheduled for May 28, 2009, at 4:00 p.m. is vacated.
11

12
   The matter is continued to __22nd__ day of __June, 1:30pm__, 2009, for status.
13

14
   IT IS HEREBY ORDERED.
15

16
   DATED: __5/21/2009__
17

                                                    IT IS SO ORDERED
                                                    [signature]
                                                    Judge Wayne D. Brazil

Joint Status Conference Statement
No. 09-CV-0658-WDB                           2