1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
5  NATALIE K. WIGHT (ORSBN 35576)
   Special Assistant United States Attorney
6
        450 Golden Gate Avenue, 11th Floor
7       San Francisco, CA 94102
        Telephone: 415.436.6937
8       Facsimile: 415.436.7234
        Email: natalie.wight@usdoj.gov
9
   Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,            )
                                        )
13               Plaintiff,             )   No. 09-CV-0658-WDB
                                        )
14       v.                             )
                                        )
15 TWO ALL TERRAIN VEHICLES: 2008       )   SECOND JOINT STATUS CONFERENCE
   YAMAHA RHINO (VIN Number             )   STATEMENT AND ~~PROPOSED~~ ORDER
16 5Y4AM16Y28A009727) AND 2006          )
   YAMAHA GRIZZLY (VIN Number           )
17 JY4AM03YX6C091648),                  )
                                        )
18               Defendants.            )
                                        )
19 _____ )

20       The parties hereby submit this updated joint statement to advise the Court that the

21 parties need to finalize the settlement agreement by obtaining the signatures of all parties, which

22 has been delayed due to travel schedules.  To that end, we ask the Court to put this matter over

23 until August 3, 2009.  The parties hope to finalize the settlement agreement and submit the

24 proposed order for dismissal to the Court before the Case Management Conference.

25 Accordingly, the parties request that the case management conference currently scheduled for

26 Monday, June 22, 2009, be vacated, and the matter be continued until August 3, 2009, or soon

27 thereafter.

28

1  IT IS SO STIPULATED.

2

3  Dated: June 12, 2009                                    /s/
                                                NATALIE K. WIGHT
4                                               Special Assistant United States Attorney

5  Dated: June 12, 2009                                    /s/
                                                DAVID M. MICHAEL
6                                               Attorney for Claimant Isaiah O'Donnell

7

8
                              [PROPOSED] ORDER
9
        Upon stipulation of counsel, and for good cause shown, the case management conference
10
    scheduled for June 22, 2009, at 1:30 p.m. is vacated.
11

12
    The matter is continued to __3rd__ day of __August__, 2009, for status, at 1:30 p.m.
13
    The parties must file their consent or declination to Magistrate Judge jurisdiction by 6/22/2009.
14
    IT IS HEREBY ORDERED.
15

16
    DATED: 6/15/2009
17
                                                _____
18                                              Hon.
                                                United
19                                                      IT IS SO ORDERED
                                                        AS MODIFIED
20                                                      [signature: Wayne D. Brazil]
                                                        Judge Wayne D. Brazil
21

22

23

24

25

26

27

28

Second Joint Status Conference Statement
No. 09-CV-0658-WDB                              2